Sarah Elizabeth Spencer, #11141
Sarah.Spencer@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84111-2047
Telephone:  (801) 323-5000
Facsimile:   (801) 355-3472

John Papageorge *(Pro Hac Vice)*
JPapageorge@taftlaw.com
Abaigeal F. Musser *(Pro Hac Vice)*
AMusser@taftlaw.com
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana  46204
Telephone:  (317) 713-3500

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSH WORTHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>FOREST RIVER, INC., and INDY AUTO CENTER, INC. doing business as INDY RV, and DEFENDANT DOES I-XV,<br><br>Defendants. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:19-cv-00584-HCN-DAO<br><br>Judge Howard C. Nielson, Jr<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Josh Worthington, and Defendants Forest River, Inc., and Indy Auto Center, Inc. doing business as Indy RV, by their respective counsel and under Federal Rule of Civil Procedure 41(a), stipulate to a dismissal, with prejudice, of all claims made in this action against the Defendants with each party to bear their own fees and costs.

Respectfully submitted,

By: */s/ Jared L. Bramwell*  
Jared L. Bramwell *(signed with permission)*  
KELLY & BRAMWELL, P.C.  
11576 S. State Street, Bldg. 1002  
Draper, UT  84020  
(801) 495-2559  
jared@kellybramwell.com  

*Attorney for Plaintiff*

By: */s/ Sarah Elizabeth Spencer*  
Sarah Elizabeth Spencer  
CHRISTENSEN & JENSEN, P.C.  

*/s/ John D. Papageorge*  
John Papageorge *(Pro Hac Vice)*  
Abaigeal F. Musser *(Pro Hac Vice)*  
TAFT STETTINIUS & HOLLISTER, LLP  

*Attorneys for Defendants*

71239503v1